Kubert, et al., Appellants, *v.* Philadelphia Bar Association.

Argued June 13, 1974. *David H. Kubert,* for appellants; *David H. Marion,* with him *Harold E. Kohn,* and *Samuel E. Klein,* for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

Lipson, Appellant, *v.* Zitin.

Argued June 14, 1974. *Robert J. Sugarman,* with him *Dechert, Price & Rhoads, Andrew B. Cantor,* and *Wisler, Pearlstine, Talone & Gerber,* for appellant; *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Kaufman & Kane,* for appellee.

Order affirmed.

McCown *v.* International Harvester Company, Appellant.

Argued April 11, 1974. *Kim Darragh,* with her *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellant; *Edwin H. Beachler, III,* with him *McArdle, Henderson, Caroselli, Laffey & Beachler,* for appellee.

Judgment affirmed.